IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ROBERT WALTERS**                                                       **PLAINTIFF**

**vs.**                                         **CIVIL ACTION No.: 3:23-CV-79-HTW-MTP**

**CITY OF BYRUM**                                          **DEFENDANT**

---

**FINAL JUDGMENT**

---

This court entered its Order on this day dismissing this matter with prejudice. For the reasons in this court's previous order, which is incorporated herein, this case hereby is FINALLY DISMISSED.

**SO ORDERED this the 28th day of March, 2025.**

                                        **/s/HENRY T. WINGATE**
                                        **UNITED STATES DISTRICT COURT JUDGE**